VOLUNTEER ASSISTANCE HAS BEEN PROVIDED TO THE DISABLED INMATE BY A PRISON JUSTICE LEAGUE
MEMBER AS IS PERMITTED BT PRECEDENT: Johnson vs.Avery,393 U.S. 483;89 S.Ct 747;21 L Ed 2d 718

For The Benefit Of The Principle:

RICHARD A.DUNSMORE,PRO SE
C.T.TERRELL UNIT/#1826868
1300 F.M.655(Brazoria Co)
ROSHARON , TEXAS 77583

APRIL 30th,2015

**RECEIVED IN
COURT OF CRIMINAL APPEALS**

**MAY 04 2015**

**Abel Acosta, Clerk**

HONORABLE JUDGE CATHY COCHRAN
COURT OF CRIMINAL APPEALS OF TEXAS
P.O.Box 12308-Capitol Station
AUSTIN , TEXAS 78711-2308

PRESIDING JUDGE OLEN UNDERWOOD
SECOND ADMINISTRATIVE JUDICIAL REGION
301 NORTH THOMPSON , SUITE 102
CONROE , TEXAS 77301

ASST.ATTORNEY GENERAL KAREN MATLOCK
LAW ENFORCEMENT DEFENSE DIVISION
P.O.Box 12548-Capitol Station
AUSTIN , TEXAS 78711-2548

DISTRICT ATTORNEY JERI YENNE
BRAZORIA COUNTY DA'S OFFICE
111 EAST LOCUST ST.,ROOM 408A
ANGLETON , TEXAS 77515

**FILED IN
COURT OF CRIMINAL APPEALS**

**MAY 04 2015**

**Abel Acosta, Clerk**

RE:PD-1418-14 / PD-1419-14 / PD-1420-14 / &: PD-1421-14
   COA #s:01-14-00251 & 274-CR -&- 01-14-00306 & 307 - CR
   TRIAL COUURT #s: 56909 & 56910

SUBJECT:(a)Notification to an Agent of the State-Pursuant to Texas Health
         and Safety Code:571.0065

       :(b)The Systematic with Malice Aforethought DESTRUCTION of the Dunsmore
          Family by Various County and State Officials in Brazoria County.

Greetings,
        On APPENDIX PAGE XII of the PDR you never got a chance to read or
review,In Paragraph 1 it states,"Sharon McNair and that detective really did some illegal
stuff". In Paragraph 3 it states,"I didn't help much but I swear Sharon and that
detective sat there with me and Cindy and told me that if I wanted my kid I had to go (a)long
with their plan to get him." This Letter was sent by FELICIA RICHARDSON to the Hon.
Judge Edwin Denman of the 412th Judicial District Court of Brazoria County (30)
Thirty Days before said Judge Adjudicated Mr.Dunsmore GUILTY. The Letter was NOT
Disclosed (A Brady Violation) to the Defense Counsel upon it's receipt. In this
Letter His WIFE notifies the Judge that Mr.Dunsmore is suffering from Mental
Degeneration (IE:Diagnosed as Atypical Dementia with Sundowner's Syndrome by a
Texas Department of Aging and Disability Services Physician in 2010) and that
he has a Dissociative Perception (Based on TV Shows) of the Legal System. (One
where Jack McCoy does what is RIGHT not what gets the CONVICTION.)

        On APPENDIX PAGE XIII of the PDR you never got a chance to read or
review,In Paragraph 6 it states,"I just don't want my being here to be twisted or used
by those that I have been told by quite a few peopleseem to have it out for him". Well that
is EXACTLY what the Predatory Women: Melissa Moses (Who was under investigation in
San Patricio County for BEATING Mr.Dunsmore and BASHING HIM IN THE HEAD when he discovered
her treachery to him and his parents / By the SSA for Embzzling his Benefit's Checks / By
FEMA for Fraudulently Utilizing His Housing Benefits and by the Local Cops for Cherry Picking
through His and His Parent's Property when SHE arranged their RELOCATION--W I T H  T H E
B L E S S I N G of the Court (Judge Denman-again) and His Original Trial Counsel (James J.
Hanley. ALL THIS WAS  D R O P P E D  when Judge Denman refused to listen to Mr.Dunsmore,His
Wife,His Paramour and His Parents) and Virginia Serbanich (Who was under investigation
by both the State,County and Feds for Methampetamine Distribution REPORTED BY Mr.Dunsmore,when
he discovered that the STATE had PLANTED Ms.Serbanich in His Home as a Paid Informant) and by
the Chief Predator--of ALL,who used her office to continue a COVER UP of the Action of CPS CASE-
WORKER SHARON McNair and Brazoria County Detective BUCK HENSON. (The 2 ADAs were deeply
involved in this  Ends Justifies The Means Methodology the Perverted the Chance
of FAIRNESS  E V E R  in the 412th Judicial District Court of Brazoria County.)

( PAGE # 1 of 3 )

We enjoyed reading about the Honorable Judge Cathy Cochran in the TEXAS MONTHLY but we wonder,Did Y'all see the Article by Pamela Colloff: **THE CASE FOR PUNISHING PROSECUTORS WHO ABUSE THEIR POWER** ? Because we represent that that is EXACTLY what went on within the Brazoria County District Attorney's Office PRIMARILY because of the Dunsmore Family's Publication of **THE SHREDDING OF FAMILIES** and the **SPIDERS AND THE FLY**, along with the activism against the ABUSES of Law Enforcement and CPS.

By DESTROYING the SON they DESTROYED the Peaceful Retirement of the Elderly Dunsmores. Hell,The PLANTED AID that was supposed to be WATCHING OVER Dr.Dick (Richard) Dunsmore being PAID by the STATE was Off Getting HIGH when he lapsed into his DEATH. The TX DADS AID/ATTENDANTS were literally given a GET OUT OF PRISON DEAL to go and SPY (and worse) on the Dunsmore Family.

**The TDCJ-CID has acted No Better** ! What is Mr.Dunsmore DOING at a Prison with (at one time,he has since retired-but the damage was already done) FRIEND of Sheriff Charles Wagner in charge of Mr.Dunsmore Medical and Mental Health Care ?

AND THE COURT CONTINUES TO ACTIVELY ENGAGE IN KEEPING THINGS "C O V E R E D U P ." After DENYING a Very Reasonable Request in March 2014,the 412th Judicial District Court has INTERCEPTED JURISDICTION over EVERY SINGLE LAWSUIT that has been FILED (76312-I,ADA CASE,-Dunsmore vs.Ortiz,et al ; 77164-I,A PUBLIC CORRUPTION and MALFEASANCE CASE,-Dunsmore vs. Livingston,et al ; 78057-I, A REAL MEDICAL MALPRACTICE CASE,-Dunsmore vs.Hightower,et al <IN WHICH THE BRAZORIA COUNTY DISTRICT CLERK'S OFFICE HAS MISFILED and MISSERVED the Complaint leaving Mr.Dunsmore to Suffer Physical and Mental Deterioration--and the COURT,,,Notified Multiple Times has done NOTHING about it> ; 80821-I,AN ACCESS TO COURTS CASE,-Dunsmore vs.Shelby , 80826-I, AN INTERFERENCE WITH LEGITIMATE INMATE LITIGATION AND SUPPORT SERVICES CASE,-Dunsmore vs.Barrow and the Best Of All, 79144-I,A POTENTIAL NON PEELER DAMAGES CASE AGAINST THE CONSPIRING WITH THE CRACKHEAD MELISSA MOSES ATTORNEY,-Dunsmore vs.Hanley.

NOW PLEASE SEE,APPENDIX PAGE XV of the PDR you never got the chance to read or review,In Paragraph 2 it states,"...it may take eighteen to twenty four months to complete your request". The REQUEST is for the 2009/2010 REPORT to the ADULT PROTECTIVE SERVICES DIVISION of the TX DFPS about how Brazoria County Detective Buck Henson and CPS Caseworker Sharon McNair SET UP Richard A.Dunsmore,Jr in order to PREJUDICE HIM in CUSTODY LITIGATION (with CPS/THE STATE) for His Child. ((Official Repression/Abuse and Malfeasance does not get much worse than that!!)

**NOTE:** The STATE is Not Saying the REPORT does not EXIST (And since it DOES it should also have been DISCLOSED to the Trial Defense Counsel in 2010 by the Brazoria County District Attorney's Office) just that they would take up to 2 Years to DISCLOSE it to Mr.Dunsmore and His Family. (ANOTHER BRADY VIOLATION)

You all may say.Come On Now,REALLY? We are in the Age of a New McCathyism where the New COMMUNIST is Labeled SEX OFFENDER,and boy is there FUNDING to go around for EVERYBODY and Best Of All,,,You Need NO EVIDENCE to Terorize (or BEAT and TORTURE-In Mr.Dunsmore's Case(s)) to get a CONVICTION,,that Just Keeps On Giving whenever the Authorities need it to ,due to the STIGNA the word..SEX OFFENDER,, gives them. If you would ACTUALLY have read and Reviewed the PDR,you would be wondering exactly how must MORE reform is needed in Brazoria County,Texas in light of what these people WILLFULLY and MALICIOUSLY DESTROYING A VIABLE FAMILY for Karley Dunsmore ((Gues Where She Ended Up)) and the Disabled (Savantish) Mr. Dunsmore and His Retired Physician Parents,who chose the Gulf Coast of TEXAS, instead of the Gulf Coast of Florida,to retire at. SOMETHING NEEDS TO BE DONE as DA JERI YENNE HAS NO Conviction Intefrity Unit to REVIEW this INJUSTICE.

( CONTINUED )

BUT,What can be done. The COURT OF CRIMINAL APPEALS FOR THE STATE OF TEXAS could not seem to be bothered. There is NO WAY that a JUDGE (Other than those involved in this LYNCHING of Mr.Dunsmore down ehere) could have read the stuff, in the PDR and Especially in the APPENDIX of EXHIBITS (The Hospital Reports of the PITTYFUL Condition Mr.Dunsmore was in when dumped out of the Brazoria County Jail,,the TX DADS Evaluations,,The letters and Email,,,you all seem to say the same thing,,Jurisdiction this and Jurisdiction that. Well we do not have the Fire Power that Mrs.Overton did our the time Michael Morton did,BUT WE DAMN WELL have PLENTY OF PROSECUTORIAL MISCONDUCT,,,Why You Ask,,,

If it comes out what Buck Henson and Sharon McNair DID to the Dunsmore Family,,,It will Open Up The PANDORA'S BOX of Wrongful Convictions -and- Child Stealings that the Brazoria County Officials have been involved in.

Make Sense To You Now ????

The Term "Appearance of Impropriety" must mean NOTHING to The Honorable Olen Underwood of the Second Administrative Judicial Region of Texas. FIRST OF ALL, No 1   Court should be the Destination of ALL a Litigants Cases- CRIMINAL & Civil. How can a JUDGE/COURT that went on record in 2011 DENYING a MEDICATION deal with a Lawsuit delinging with it being DENIED by UTMB/CMC ?

The PLAINTIFF having DETERIORATED due to said DENIAL Ta-Boot!    NONE of Mr.Dunsmore's Civil Cases belongs in BRAZORIA COUNTY,but we have been DENIED a Change of Venue to a COURT away from the SECOND ADMINISTRATIVE JUDICIAL REGION.

An 89 Year Old Mother SPENT $500 putting together that PDR and Y'all didnt even have the /////?????////// to at least Read The Damn Thing. There is NO WAY that SOME ACTION,some REVIEW, some Conviction Integrity Evaluation would not have happened if you had.

That same 89 Year Old Mother has been DENIED reunion with her son,because he won't say  I,DID IT ,to the TX BPP or TDCJ-CID RPD Folks. He would rather DIE than discrace his daughter's memory like that. This guy( Mr.Dunsmore ) has Full Blown State 3 Parkinson's Disease and a Unique Atypical Dissociative Form of Dementia,with Attacks,, but, because he is NOT a VEGITABLE and Plays COL.HOGAN (Senior Prisoner Of War in His Active MPD Persona) they will not let him simply go (To The Middle Of Nowhere) Pecos County,Where Son,Mother and Granddaughter & Husband could be together,

PLUS,We CANNOT Prove This, But this Hanging Visiting Judge,Presiding Judge Overton came up with (When The Realized that Judge Sklar had Family Court Experience and He Had To Be ZAPPED out of this) is actually going to put Mr.Dunsmore back into the CUSTODY of the People who BEAT HIS ASS and then Put Him in Isolation JUST because he is Disabled---For His "Safety" they say. Well It Was Not Very Safe When Henson's Buddies Were Giving Him GUT SHOTS for Speaking UP about what they had pulled. Not Very SAFE at all.

While we realize that you may not be able to OFFICIALLY ACT within the ROLE you hold. PLEASE,At Least READ/REVIEW the PDR (Lillian Dunsmore PAID to have put into Book Format) and see if you can HELP.

CC:Pamela Colloff/TEXAS MONTHLY

   :EDITOR/THE FACTS(Newspaper)

( RELEVANT STORY\ARTICLE ON THE BACK )

APPROVED BY:

Richard A.Dunsmore,Pro Se

Respectfully Submitted By

THE DUNSMORE DEFENSE TEAM
----JAILHOUSE LAWYERS----
SPONSORED BY FALLOWFIELD PUBLICATIONS

ENC:LOST MALPRACTICE NOTIFICATION LETTER-78057-I (They are KILLING HIM slowly)
   :JUDGE UNDERWOOD LETTER-THAT THE  TELL ALL 9/2010 LEtter was VALID/TRUE

( PAGE # 3 of 3 )

Presiden Judge, Olen Underwood
2nd Judicial Administrative Region
301 North Thompson, Suite #102
Conroe, Texas 77301

April 29th, 2015

RE: State v. Richard Dunsmore, 56909/56910, in the 412th Judicial Court of
Brazoria County, Texas.

Dear Judge Underwood, in September 2010, before my husband was found guilty
and I sent Judge Denman a letter telling him all about how I observed a detective
and case worker convinced my friend to set him up (56910). The Judge could have
easily told the state (DFPS) to turn over all reports and told my husband's law-
yer, the Judge did not do so and ain't that a big Judicial conduct violation?

The cops knew them girls done sold or run off with the cars my husband lent
out before floor planning them at places.

The oyster creek lady copy knew Melissa embezzled all this money when she caught
Richy vulnerable.

The lawyers, Crespin Linton, and James Hanley and Kim Richardson all got a
copy of the e-mail and fax to VA health services proven Tom Locke lied to get
the Judge pissed-off.

Shit, they made deals with girls in prison to spy for them or threatned or
poor moms to do it.

Erinn Brown had me say some shit then wisked me off on a plane before I could
explain it all to James Hanley.

This Judge and them lawyers is in on Mrs. Yenny's cover up, or at least they
are looken the other way. How about you help set it all right? I need my husband
and family back the way it was before all this crooked shit happen to him.

Sincerely yours,

S/FR

Felicia Richardson

(A.K.A. Felicia Dunsmore)
P.O. Box 852
Avondale, PA 19311

For Benefit Of The Principle:
RICHARD A.DUNSMORE,PRO SE
C.T.TERRELL UNIT/#1826868
1300 F.M.655(Brazoria Co)
ROSHARON , TEXAS 77583

RHONDA BARCHAK-District Clerk                               April 12th,2015
Brazoria Co.District Clerk's Office
111 East Locust St.,Suite 500
Angleton , Texas   77515-4678

RE:Cause #: 78057-I,Richard A.Dunsmore vs. Allen Hightower,et al,-In the
   412th Judicial District Court of Brazoria County,State of Texas

SUBJECT:SERVICE of the COMPLAINT for Tort Action-Medical Malpractice/Negligence


Dear District Clerk Barchak,

           For the 2nd Time Litigant Richard A.Dunsmore has
been adversly affected by the  Non-Service / Improper Service  of one of his
Original Complaints. (The first time was in 2007 in regards to: IN THE MATTER OF THE
MARRIAGE OF  RICHARD A.DUNSMORE  and ~~████████████~~.)

                                                        78057-I
           If  Y O U   look in the  Case File for  78067-I,
you will see that Litigant Dunsmore sent in  (AS AN EXHIBIT) a Complete Copy
of the Original Complaint in this Cause Of Action THAT IS EVEN FILE/DOCKET
STAMPED by your office.


           So how come are the DEFENDANT(S) still saying
that they were only Transmitted 1 Page of the Complaint ? Do we now have a
CAUSE OF ACTION for DAMAGES against  Your Office  for not  PROPERLY SERVING
the MEDICAL TORT CAUSE OF ACTION ?  Is this ANOTHER sign of  PREJUDICE in
Brazoria County against Inmate Litigant Dunsmore that warrants a  Change
of Venue in ALL of His Cases (If Judge Denman Will Not RESUME Trial Judge
Status and Recruit/Appoint Coulsel in ALL of His Cases.)


           MOTION(S) have been filed to PREVENT the TRANSI-
ENT ISCHEMIC ATTACKS that may be EMBOLISM and/or VASOCONSTRICTION Related.The
DENIAL of the Medication  AGGRENOX (The same medication Buddy Stevens tried to get
Mr.Dunsmore in a Post Conviction Court Hearing)  most probably is the cause of Mr.
Dunsmore's Attacks. (UTMB/CMC is NOT giving him the Medication either.) He
is also NOT receiving  AVANIR ; ARICEPT ; NAMENDA ; MEROBAMATE ; CARDISPODOL ;
LITHIUM ; CALAN SR ; SEROQUIL  and Other Medications he was being prescribed
by REAL DOCTORS,NEUROLIGISTS and PSYCIATRISTS in the Real World.

                    ( PAGE # 1 of 2 )

( CONTINUED )

IF the DENIAL of    AGGRENOX , ARICEPT and NAMENDA  are the Major Factors contributing to Mr.Dunsmore's  NEURODENGENERATION and VASCULARCONSTRICTION/ BLOCKAGE,then    Every Day Counts  to Prevent Further  PHYSICAL DAMAGE.

Being that  TWICE  so far a  MOTION FOR DEFAULT JUDGEMENT  has been filed, Only to be IGNORED by the DEFENDANT(S)  --<Thank's To Your Offices Inaction>-- and we see CAUSATION for the  DETERIORATION/DECOMPENSATION  linked to said  FAILURE TO PROPERLY SERVE/TRANSMIT  the  ORGINAL MEDICAL TORT MALPRACTICE/NEGLIGENCE COMPLAINT (9) N I N E  M O N T H S  A G O ! ! !

It almost seems like  EVERYONE  is just sitting back  HOPING  that Richard Dunsmore has the 3rd Down For The Count Stroke.  Then the whole  HENSON / McNAIR AFFAIR (Cover Up) could be swept under the rug for good,they once and for all would be safe from facing accountability for their actions.

The TDCJ could sit back,safe that their  FEDERAL FUNDS COMMITTEE  and  DIRECTOR'S REVIEW COMMITTEE  Shenanigans would also go unacted upon.  Never have we seen such a concerted effort to DENY a person the ability of effectively address their INJUSTICES in the Courts.

NOTHING is without COROBBORATION and DOCUMENTATION. That is probably why Mr.Dunsmore received a  BEAT DOWN  and  DRACONIAN CARE  when he was ISOLATED in the Brazoria County Detention Center in 2008. WHY they came after him in February 2009. And WHY they planted a SPY in his home in 2010. It is now the conclusion of YENNE'S STAR CHAMBER and God Knows Who Else, that Mr.Dunsmore wouldbbe ONLY silenced if he were  DEAD/VEGITABLIZED by the STATE. (You ONLY need to SEE and READ the TX DFPS-APS REPORT against HENSON & McNAIR,to see that this conclusion is not that far-fetched.)

SO WE ASK,,,What excuse is there for a MEDICAL TORT MALPRACTICE/NEGLIGENCE CASE not being SERVED/TRANSMISSED after 9 Months..??To Keep Mr.Dunsmore from being able to GET THE MEDICATIONS he needs to Maintain his Cognition-Maybe?  To  Help Along His Dimise-Maybe? To Hopefully SILENSE HIM once and for all-Maybe? IF NOT THESE,,,THEN  W H Y ???

Respectfully Submitted By
THE DUNSMORE DEFENSE TEAM
I --JAILHOUSE LAWYERS----

CC:412th Judicial District Court
  :Presiding Judge Olen Underwood
  :OAG-LEDD-VERONICA CHIDESTER (GARCIS)
  :TEXAS MONTHLY-Staff Reporter/Acc.Inn.

APPROVED BY:

Richard A.Dunsmore,Jr.

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
11-1-60

( PAGE # 2 of 2 )